United States District Court
Southern District of Texas
**ENTERED**
April 20, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MIRASOLES PRODUCE USA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 7:22-cv-00055 |
| TALYGAP PRODUCE, INC. d/b/a Ponce | § | |
| Produce; and GUSTAVO ADOLFO | § | |
| PONCE REYES, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Plaintiff Mirasoles Produce USA, LLC initiated this Perishable Agricultural Commodities Act, 1930 (PACA) case on February 17, 2022, by filing its complaint in this Court. Plaintiff properly served Defendants TALYGAP Produce, Inc. d/b/a Ponce Produce and Gustavo Adolfo Ponce Reyes, yet Defendants failed to answer or otherwise appear. On April 4, 2022, the Clerk of the Court entered default against Defendants. The Court now grants judgment in favor of Plaintiff and against Defendants, jointly and severally.

The Court hereby renders judgment in favor of Plaintiff and jointly and severally against Defendants—which shall be nondischargeable in bankruptcy under 11 U.S.C. § 523(a)(4)—in the principal amount of $19,582.50, plus prejudgment interest in the amount of $9,605.79 to the date of this final judgment, plus continuing postjudgment interest accruing at the rate of 1.77% pursuant to 28 U.S.C. § 1961 until paid in full.

The Court **ORDERS** Defendants, their agents, servants, and employees, to turn over to Plaintiff's counsel all proceeds of produce sales by Defendants, all accounts receivable generated by Defendants' produce sales, and all assets into which such proceeds have been commingled to

the extent that Plaintiff is paid in full under Plaintiff's PACA trust, 7 U.S.C. § 499e(c)(2), and the terms of this final judgment.

Any relief not expressly granted in this final judgment is hereby **DENIED**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. This case is terminated and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 20th day of April 2022.

_____
Micaela Alvarez
United States District Judge